JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER FUSCO,<br><br>            Plaintiff,<br><br>      v.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>            Defendants. | Case No. CV 23-7327 SSS (MRW)<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE PER PLAINTIFF'S REQUEST** |

1. This is a pro se civil action. Plaintiff's complaint alleges that he was the subject of misconduct and discrimination by various homeless service agencies in Los Angeles. (Docket # 1.)

2. Magistrate Judge Wilner screened the original complaint pursuant to 28 U.S.C. § 1915(e). (Docket # 6.) Based on numerous procedural and substantive defects with Plaintiff's pleading, Judge Wilner dismissed the complaint with leave to amend for failure to state a legitimate cause of action. The screening order gave Plaintiff the option to amend his complaint or to dismiss the action voluntarily. (Docket # 6 at 4.)

3. In response, Plaintiff filed a letter asking to dismiss the action. (Docket # 7.)

4. The request is GRANTED. The action will be dismissed without prejudice.

5. The Clerk is directed to close the action.

IT IS SO ORDERED.

Dated: November 15, 2023

HON. SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE

Presented by:

HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE